**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| CONSTANTIN PISTALU, | No. 08-72068 |
| Petitioner, | Agency No. A077-906-833 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Constantin Pistalu, a native and citizen of Romania, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

We review for substantial evidence the agency's factual determinations, *Hernandez*

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*v. Mukasey*, 345 F.3d 824, 832 (9th Cir. 2003), and review de novo due process claims, *Cano Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002).  We deny the petition for review.

Substantial evidence supports the agency's determination that Pistalu was inadmissible for having willfully misrepresented a material fact regarding the nature of his first marriage to a United States citizen in order to obtain an immigration benefit.  *See* 8 U.S.C. § 1182(a)(6)(C)(i); *Nakamoto v. Ashcroft*, 363 F.3d 874, 882-83 (9th Cir. 2004).

Pistalu's due process claim fails because he did not request a continuance at his last hearing.  *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error for due process claim).

Pistalu's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**